**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BRANDON SYLVESTER, #311748,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )        **CIV. ACTION: 1:24-00089-KD-B** |
| | ) |
| **ROBERT RAWLINS, #211043,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 5), made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(a)(2)(R), and dated June 12, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to Rule 41(b) and the Court's inherent authority.

**DONE** this the **8th** day of **July 2024.**

**/s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**